# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, individually and on behalf of the Estate of Desilus GEORGES and all others similarly situated; Alius JOSEPH, individually and on behalf of the Estate of Marie-Claude LEFEUVE and all others similarly situated; Lisette PAUL, individually and on behalf of the Estate of Fritznel PAUL and all others similarly situated; Felicia PAULE, individually and on behalf of all others similarly situated; Jean Rony SILFORT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>United Nations; United Nations Stabilization Mission in Haiti; Ban Ki-Moon, Secretary-General of the United Nations; and Edmond Mulet, former Under-Secretary-General for the United Nations Stabilization Mission in Haiti,<br><br>            Defendants. | Civil Action No. 13-CV-07146-JPO<br><br>AFFIDAVIT OF<br>ATTEMPTED SERVICE |

STATE OF NEW YORK     )
                     :s.s. :
COUNTY OF QUEENS     )

ANTHONY CALDERON, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 10th day of October, 2013, at approximately 11:45 a.m., at 760 United Nations Plaza, New York, New York, I attempted to serve true copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED; CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS

and INDIVIDUAL PRACTICE RULES J. PAUL OETKEN upon UNITED NATIONS STABILIZATION MISSION IN HAITI, defendant herein named; however upon my arrival I was greeted by the United Nations' security and was able to contact Legal Affairs for the United Nations. When I informed Legal Affairs of my business affairs on premises I was informed that Legal Affairs accepts service of process via mail and/or facsimile. I was then provided with 212-963-6430 to send the papers. I then left the premises.

On the 11th day of October, 2013, at approximately 10:30 a.m., 760 United Nations Plaza, New York, New York, I again attempted to serve true copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED; CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS and INDIVIDUAL PRACTICE RULES J. PAUL OETKEN upon UNITED NATIONS STABILIZATION MISSION IN HAITI, defendant herein named; however upon my arrival I was greeted by the United Nations' security and was able to contact Legal Affairs for the United Nations. When I informed Legal Affairs of my business affairs on premises I was informed that Legal Affairs accepts service of process via mail and/or facsimile. I was then provided with 212-963-6430 to send the papers. I then left the premises.

Sworn to before me this,
8th day of November, 2013

_____
ANTHONY CALDERON
License No. 1301532

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20_16_