# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELAMA GEORGES, et al.,

        Plaintiff(s),　　　　　　　　　　　　　　Case No. 13 CV 7146

    -against-　　　　　　　　　　　　　　　　　AFFIDAVIT OF ATTEMPTED SERVICE

UNITED NATIONS, et al.,

        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK　)
　　　　　　　　　　　　S.S.:
COUNTY OF NEW YORK)

       JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 27th day of November, 2013, at approximately 2:44 PM, deponent attempted to serve a true copy of the Summons in a Civil Action, Class Action Complaint Jury Trial Demanded, Civil Cover Sheet, Individual Practices of Judge J. Paul Oetken and Electronic Case Filing Rules & Instructions upon United Nations Stabilization Mission in Haiti at 760 United Nations Plaza, New York, New York, but security at that address refused access to the building stating that service of process was prohibited therein.  At that time the server asked if there was another address whereby the defendant could be served and was told that he could attempt service at One UN Plaza.

       That on the 27th day of November, 2013, at approximately 2:55 PM, deponent attempted to serve a true copy of the Summons in a Civil Action, Class Action Complaint Jury Trial Demanded, Civil Cover Sheet, Individual Practices of Judge J. Paul Oetken and Electronic Case Filing Rules & Instructions upon United Nations Stabilization Mission in Haiti at One United Nations Plaza, New York, New York, but security at that address refused access to the building stating that service of process was prohibited therein.

_____
JESSE GOLDMAN #1417385

Sworn to before me this
6th day of December, 2013

_____
NOTARY PUBLIC

                                EVAN COHAN
                         NOTARY PUBLIC & ATTORNEY AT LAW
                             NO. 02CO4998577
                         QUALIFIED IN ROCKLAND COUNTY
                      CERTIFICATE FILED IN NEW YORK COUNTY
                       COMMISSION EXPIRES JUNE 29, 2014