# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Delama GEORGES, individually and on behalf of the
Estate of Desilus GEORGES and all others similarly
situated; Alius JOSEPH, individually and on behalf of
the Estate of Marie-Claude LEFEUVE and all others
similarly situated; Lisette PAUL, individually and on
behalf of the Estate of Fritznel PAUL and all others
similarly situated; Felicia PAULE, individually and on
behalf of all others similarly situated; Jean Rony
SILFORT, individually and on behalf of all others
similarly situated,

        Plaintiffs,

    v.

United Nations; United Nations Stabilization Mission
in Haiti; Ban Ki-Moon, Secretary-General of the
United Nations; and Edmond Mulet, former Under-
Secretary-General for the United Nations Stabilization
Mission in Haiti,

        Defendants.
-----------------------------------------------------------X

Civil Action No.: 13-CV-07146-JPO

**AFFIDAVIT OF**
**ATTEMPTED SERVICE**

I, PEGGY CHATEAUNEUF, being duly sworn, deposes and says:

1. I am over the age of eighteen years, and I reside in the state of New Jersey.

2. I am not a party to the above captioned action.

3. On October 10, 2013, a process server attempted to serve the summons, complaint, and Civil Cover Sheet in the above entitled matter, along with J. Oetken's Individual Rules of Practice, E-Case Filing Rules & Instructions on the above referenced defendants by going in person to the UN Headquarters in New York, located at 760 United Nations Plaza, New York, NY. Upon arrival, the process server was greeted by security and permitted him to contact the United Nations Office of Legal Affairs (OLA). The OLA instructed the process server to send service via facsimile or mail to all defendants. (see Calderon Affidavit)

4. In accordance with this instruction from OLA, I sent via facsimile to the number 212-963-6430 the summons, the complaint, J. Oetken's Individual Rules of Practice, E-Case Filing Rules & Instructions, and the Civil Cover Sheet to the United Nations on December 11th, to the United Nations Stabilization Mission in Haiti on December 12th, to Ban Ki-Moon on December 13th and to Edmond Mulet on December 14th.

5.  On the 19th day of December, 2013, at approximately 3:11pm, I contacted OLA via telephone and personally spoke with a woman who identified herself as "Mae". Mae confirmed that between December 11th, 12th, 13th and 14th, 2013, the OLA received a total of four (4) faxes, each containing 120 pages, from the Institute for Justice & Democracy in Haiti. Mae asked if they were all the same documents sent four separate times and I clarified that each one was for a specific defendant. Mae then stated that the UN was currently "reviewing the documents."

6.  After our telephone conversation, I searched the internet for more information on "Mae at the United Nations". I came across a document which indicated that Mae Arkoncel is the assistant to the UN Legal Counsel. Mae Arkoncel has been in prior contact with IJDH on the above-captioned matter, and has sent correspondences to IJDH on behalf of the UN Legal Counsel.

PEGGY CHATEAUNEUF

Sworn to before me this
4 day of February, 2014

NOTARY PUBLIC

NILSA M. TORRES-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/18/2017