# EXHIBIT 4

Print                                                                                                              Close

# Fwd: Message Sent: 104435362 | 12/12/2013 9:41 AM

From: **Peggy Chateauneuf** (peggy@ijdh.org)   This sender is in your *contact list*.
Sent:  Mon 2/03/14 12:11 AM
To:    Gilbert -Hotmail (gilbertpc@hotmail.com)

  1 attachment
  104435362.PDF (4.6 MB)

---------- Forwarded message ----------
From: <noreply@nextivafax.com>
Date: Thu, Dec 12, 2013 at 1:07 PM
Subject: Message Sent: 104435362 | 12/12/2013 9:41 AM
To: peggy@ijdh.org

**Delivery Information:**

| | |
|---|---|
| Message #: | 104435362 |
| Status: | Success |
| Sender Name: | Peggy Chateauneuf |
| Sender Company: | Institute for Justice & Democracy in Haiti |
| Sender Phone: | +61 (7) 8668255 |
| Remote CSID: | 71768 |
| Total Pages: | 120 |
| Start Time: | 12/12/2013 9:41:22 AM |
| End Time: | 12/12/2013 11:07:23 AM |
| Duration: | 1 hrs 23 min 15.000 sec |
| Delivery Count: | 1 |

**Recipient List:**
UN_OLA - +1 (212) 9636430

Clicd here to view this message online

Delivered by **NextivaFax:com**... *"When Every Fax is Mission Critical"*

--
Peggy Chateauneuf
Advocacy and Paralegal Intern
www.IJDH.org