# EXHIBIT 5



December 30th, 2013

**VIA FIRST CLASS MAIL**

United Nations Mission for Stabilization in Haiti
760 United Nations Plaza
New York, NY 10017

c/o Miguel de Serpa Soares
Under-Secretary-General for Legal Affairs and United Nations Legal Counsel

Dear Under-Secretary-General Serpa Soares:

On October 10th and 11th, the Institute for Justice & Democracy in Haiti (IJDH) attempted to serve the United Nations Mission for Stabilization in Haiti by sending a process server to the above address in person. The Office of Legal Affairs for the United Nations (OLA) directed IJDH to serve process via mail and/or facsimile.

In compliance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and § 312-A of the New York Civil Practice Law and Rules, enclosed please find the following:
- One (1) copy of the summons
- One (1) copy of the complaint
- Statement of Service by Mail (2 copies)
- Acknowledgement of Receipt by Mail of Summons and Complaint (2 copies)

For your reference, we have also enclosed the following documents:
- One (1) copy of the Civil Cover Sheet
- One (1) copy of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York
- One (1) copy of J. Paul Oetken's Individual Practices in Civil Cases

Please sign, date and return one (1) copy of the Acknowledgement of Receipt by Mail of Summons and Complaint, using the enclosed pre-paid envelope.

Yours truly,

*[signature]*
Beatrice Lindstrom (S.D.N.Y. Bar No. BL8321)
Institute for Justice & Democracy in Haiti
666 Dorchester Avenue
Boston, Massachusetts  02127
Tel.: (617) 652-0876