# EXHIBIT 6



English  Customer Service  USPS Mobile  Register / Sign In

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

Search USPS.com or Track Packages

## USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167556016

**Expected Delivery Day:** Thursday, January 2, 2014

### Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:36 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 8:59 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:38 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

### Available Actions

### Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›

**ON USPS.COM**
Government Services ›

**ON ABOUT.USPS.COM**
About USPS Home ›

**OTHER USPS SITES**
Business Customer Gateway ›

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.

English     Customer Service     USPS Mobile                                                                                 Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167556009

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:33 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 9:00 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:38 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                                  ]   **Track It**

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2014 USPS. All Rights Reserved.

English   Customer Service   USPS Mobile                                                      Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# USPS Tracking™



**Customer Service** ›
Have questions? We're here to help.

**Tracking Number:** 70131090000167555996

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Available Actions**

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:35 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 9:00 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:37 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Track Another Package

**What's your tracking (or receipt) number?**

**Track It**

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |

English   Customer Service   USPS Mobile   Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking #  Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167555989

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:37 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 9:00 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:37 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

[                                       ]   **Track It**

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2014 USPS. All Rights Reserved.

English    Customer Service    USPS Mobile                                                                 Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # ' Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™



**Customer Service** ›
Have questions? We're here to help.

**Tracking Number:** 70131090000167555972

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:36 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 9:00 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:36 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                                       ]    **Track It**

**LEGAL**
Privacy Policy ›

**ON USPS.COM**
Government Services ›

**ON ABOUT.USPS.COM**
About USPS Home ›

**OTHER USPS SITES**
Business Customer Gateway ›

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM   |   Copyright© 2014 USPS. All Rights Reserved.

English   Customer Service   USPS Mobile                                                                           Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167556023

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**          **Features:**
Priority Mail 2-Day™         Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:33 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 8:59 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:39 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

[                                          ]    **Track It**

**LEGAL**                  **ON USPS.COM**              **ON ABOUT.USPS.COM**        **OTHER USPS SITES**
Privacy Policy ›           Government Services ›        About USPS Home ›            Business Customer Gateway ›

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM   |   Copyright© 2014 USPS. All Rights Reserved.

English     Customer Service     USPS Mobile     Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking #' Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167555736

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:36 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 8:59 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:35 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ]     **Track It**

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |

Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000167555965

**Expected Delivery Day:** Thursday, January 2, 2014

## Product & Tracking Information

**Postal Product:**  **Features:**
Priority Mail 2-Day™   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 2, 2014 , 11:52 am** | **Delivered** | **NEW YORK, NY 10017** |
| January 2, 2014 , 10:41 am | Sorting Complete | NEW YORK, NY 10017 |
| January 2, 2014 , 10:24 am | Arrival at Unit | NEW YORK, NY 10017 |
| December 31, 2013 , 1:36 pm | Processed at USPS Origin Sort Facility | BETHPAGE, NY 11714 |
| December 31, 2013 | Depart USPS Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 8:59 pm | Processed at USPS Origin Sort Facility | NASHUA, NH 03063 |
| December 30, 2013 , 4:11 pm | Dispatched to Sort Facility | WAKEFIELD, MA 01880 |
| December 30, 2013 , 11:35 am | Acceptance | WAKEFIELD, MA 01880 |
| December 24, 2013 | Depart USPS Sort Facility | BETHPAGE, NY 11714 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

| | | | |
|---|---|---|---|
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

Copyright© 2014 USPS. All Rights Reserved.