# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, individually and on behalf of the Estate of Desilus GEORGES and all others similarly situated; Alius JOSEPH, individually and on behalf of the Estate of Marie-Claude LEFEUVE and all others similarly situated; Lisette PAUL, individually and on behalf of the Estate of Fritznel PAUL and all others similarly situated; Felicia PAULE, individually and on behalf of all others similarly situated; Jean Rony SILFORT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>United Nations; United Nations Stabilization Mission in Haiti; Ban Ki-Moon, Secretary-General of the United Nations; and Edmond Mulet, former Under-Secretary-General for the United Nations Stabilization Mission in Haiti,<br>Defendants. | Civil Action No.: 13-CV-07146-JPO<br><br>AFFIDAVIT OF LAW |

Before me, the undersigned authority, Jean Senat-Fleury, on this 4 day of February 2014, personally came and appeared Jean Senat Fleury, and who, after being duly sworn, deposes and says as follows:

1. I, Jean Senat Fleury, am trained as an attorney in the Republic of Haiti and have been licensed to practice law in the Republic of Haiti since 1991. Through my academic training and professional service in the Haitian legal profession, I have obtained expert knowledge of and experience with the content and practice of law in Haiti.

2. I graduated from the Faculty of Law and Economic Sciences at the Université d'Etat d'Haïti in Port-au-Prince, Haiti, in 1988. In 1996, I trained to become a professional judge at the École Nationale de la Magistrature, in Paris, France. I served as a judge for

eighteen years, including as a Justice of the Peace from 1987 to 1991, as a Trial Court Judge from 1992 to 1999, and as a *Juge d'Instruction*, or investigating judge from 1999 to 2005. As a judge, I have presided over approximately 200 cases involving civil law, tort law and estate law, and oversaw complex litigation including the historic Raboteau Massacre Trial, which is one of the most complex trials ever completed in Haiti.

3. From 1998 to 2000, I taught civil law as a Professor of Civil Law at the University of Saint Marc. In 2000, I was appointed as a professor of at the École de la Magistrature in Port-au-Prince, Haiti, a governmental institution that provides training for judges and prosecutors in Haitian legal procedure and ethics. In 2003, I was appointed as the Director of Studies at the École de la Magistrature in Port-au-Prince, Haiti.

4. In 2005, I left my position as an investigative judge and moved from Haiti to Massachusetts to study at Northeastern University's pre-MBA program and paralegal program. After receiving my certificates of completion for both the pre-MBA program and the paralegal program from Northeastern in 2009, I studied at Suffolk University and obtained a Master of Arts degree in political science and a Master of Public Administration degree in 2013. My knowledge of Haitian law is current because I have continued to research and author publications on the Haitian legal system while living in the United States, including publishing a book on reform of the Haitian Judiciary entitled *The Challenges of Judicial Reform in Haiti* and a range of shorter articles analyzing the Haitian justice system.

5. This declaration of expert opinion is based on my personal knowledge of Haitian law and study of the facts in this case.

6. Book II, Title II, Articles 62 through 76—*Des ajournements et des exploits en general*—of the Haitian Code of Civil Procedure governs service of process in cases before Civil Courts in Haiti. The law provides that a bailiff of the court serve the defendant with the summons to appear before a Civil Court, along with a copy of the complaint upon which the summons to appear is based.

7. Where the defendant is a public entity or establishment, service must be effected at the defendant's offices if service is carried out in the location of the seat of the public entity. If service is carried out in other locations, service must be effected upon the person or office of defendant's agent. In both cases, the person upon whom the summons is served must sign the original proof of service. Upon completion of service, the bailiff will file a copy of the proof of service at the Civil Court, and the original will be retained by the plaintiff.

8. If the person authorized to receive service is absent or refuses service, a Justice of the Peace or the Public Prosecutor at the Civil Court will sign the return of service document, and the bailiff will then file a copy of the return of service at the Civil Court in order to perfect service; the plaintiff will retain the original return of service.

9. I hereby swear that I have read the Proof of Service executed by Anouald Beaubrun, Bailiff of the Supreme Court of Port-au-Prince, describing service on MINUSTAH in Port-au-Prince, Haiti.

10. I do further swear that as described in the Proof of Service, service was properly effected and completed upon MINUSTAH in accordance with Haitian law.

_____
Jean Senat Fleury
72 Rangeley Road
Chestnut Hill, MA  02467
617-484-5432

Subscribed and sworn to before me, this 4 day of February, 2014.

_____
NOTARY PUBLIC
My commission expires: May 18, 2018

GLADYS SANTIAGO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 18, 2018