```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DELAMA GEORGES,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :       13 Civ. 7146 (JPO)
              -against-                                     :
                                                            :              ORDER
UNITED NATIONS, et al.,                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2014

J. PAUL OETKEN, District Judge:

      Plaintiffs have moved for an order ruling that they have effectively served process on Defendant United Nations. (Dkt. No. 4.) If the United Nations wishes to file an opposition, the opposition is due February 21, 2014. The United States Attorney is also invited to file a letter expressing the view of the United States on this motion. Any such letter is due February 21, 2014. Copies of this order will be mailed to the United Nations Office of Legal Affairs and the United States Attorney for the Southern District of New York.

      SO ORDERED.

Dated: New York, New York
           February 7, 2014

                                                      J. PAUL OETKEN
                                       United States District Judge