```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DELAMA GEORGES,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :     13 Civ. 7146 (JPO)
            -against-                                       :
                                                            :     ORDER
UNITED NATIONS,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2014

J. PAUL OETKEN, District Judge:

By telephone call on February 10, 2014, Plaintiffs' counsel informed the Court that a third party wishes to file a brief as *amicus curiae* in support of Plaintiffs' motion.  The Court is not aware of any controlling standard, rule, or statute prescribing a procedure for filing an *amicus* brief in a district court.  *See, e.g., Lehman XS Trust, Series 2006-GP2 v. Greenpoint Mortg. Funding, Inc.*, No. 12 Civ. 7935 (ALC), 2014 WL 265784, at *1 (Jan. 23, 2014) (citing, *inter alia*, *United States v. Gotti*, 755 F. Supp. 1157, 1158 (E.D.N.Y. 1991)); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136–38 (D.D.C. 2008).  The Court will entertain motions from potential *amici* in accordance with procedures analogous to those in Rule 29 of the Federal Rules of Appellate Procedure.  *See Lehman XS Trust*, 2014 WL 265784, at *2; *Jin*, 557 F. Supp. 2d at 136–37; *Gotti*, 755 F. Supp. at 1158.

Motions for leave to file an *amicus* brief are due February 21, 2014.  Such motions should be accompanied by the proposed brief, a statement of the movant's interest in this case, and a statement of reasons why it would be desirable for the Court to consider the brief before

resolving Plaintiffs' motion.  Defendants may file an opposition no later than February 28, 2014.

    SO ORDERED.

Dated: New York, New York
       February 11, 2014

                                             J. PAUL OETKEN
                                       United States District Judge