USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delama GEORGES, et al.

        Plaintiffs,

v.

United Nations, et al.

        Defendants.

Civil Action No. 1:13-cv-07146-JPO

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Ira J. Kurzban, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California and Florida; and that his contact information is as follows:

> Ira J. Kurzban
> Kurzban, Kurzban, Weinger, Tetzeli & Pratt, P.A.
> 2650 S.W. 27th Avenue, 2nd Floor
> Miami, Florida 33133
> Tel. (305) 444-0060
> Fax (305) 444-3503
> ira@kkwtlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Delama GEORGES, et al. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated: 2/19/14

_____
Hon. J. Paul Oetken
United States District Judge

1