

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 19, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

Re:   *Georges v. United Nations, et al.*,
      13 Civ. 7146 (JPO)

Dear Judge Oetken:

I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, in response to this Court's order dated February 7, 2014. *See* Docket No. 11. In that order, the Court informed this Office that "Plaintiffs have moved for an order ruling that they have effectively served process on Defendant United Nations," ordered the United Nations to file an opposition, if it wishes to do so, by February 21, 2014, and invited the Government "to file a letter expressing the view of the United States on this motion" by February 21, 2014. *Id.*

The Government appreciates the Court's invitation to express its views in this matter, and the Government may wish to file a Statement of Interest addressing the issues raised by Plaintiffs' pending motion before the Court, the issues raised by the *amicus* submission scheduled to be filed by February 21, 2014, *see* Docket No. 12, or any other issue or issues in this action. *See* 28 U.S.C. § 517 ("The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any . . . district in the United States to attend to the interest of the United States in a suit pending in a court of the United States . . . ."). The determination as to whether to file a Statement of Interest pursuant to 28 U.S.C. § 517 is subject to a formal review process, and the Government does not believe that it can complete that process by February 21, 2014. Rather, the Government anticipates that it can decide by March 7, 2014, whether to file a Statement of Interest, and, if so, will submit any such statement by March 7, 2014. Further, this additional time will provide the Government an opportunity to respond to any issues raised by the *amicus* submission.

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney

By:      _/s/ Ellen Blain_

ELLEN BLAIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (212) 637-2743
Fax    (212) 637-2730

cc:     By Electronic Mail
Beatrice Lisa Young Lindstrom, Esq.
Institute For Justice & Democracy In Haiti
666 Dorchester Ave.
Boston, MA 02127
(404)-217-1302
Email: beatrice@ijdh.org

Ira Jay Kurzban, Esq.
Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
2650 S.W. 27th Avenue, Second Floor
Miami, FL 33133
(305)-444-0060
Email: ira@kkwtlaw.com