UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                              Case No.

             Plaintiff,

  -against-

             Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[ ] I have cases pending      [✓] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David Kwang Soo KIM**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DK5869     My State Bar Number is 4077772

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: BRETZ & COVEN, LLP
                FIRM ADDRESS: 305 BROADWAY, SUITE 100, NEW YORK, NY
                FIRM TELEPHONE NUMBER: (212) 267-2555
                FIRM FAX NUMBER: (212) 267-2129

NEW FIRM:   FIRM NAME: LAW OFFICE OF DAVID K. S. KIM, P.C.
                FIRM ADDRESS: 193-08 NORTHERN BLVD.
                FIRM TELEPHONE NUMBER: (718) 352-0801
                FIRM FAX NUMBER: (718) 352-0803

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/21/2014

                                      ATTORNEY'S SIGNATURE