UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, et al.<br><br>        Plaintiffs,<br>  v.<br><br>United Nations, et al.<br><br>        Defendants. | Civil Action No. 1:13-cv-07146-JPO<br><br>**NOTICE OF APPEARANCE** |

      Please take notice that the undersigned, Brian Concannon, respectfully enters his appearance as counsel for Plaintiffs Delama Georges, Alius Joseph, Lisette Paul, Felicia Paule and Jean Rony Silfort in the above-captioned action and that all future correspondences and papers in connection with this action are to be directed to and served upon the undersigned.


Dated: March 12, 2014                            By: _/s:/Brian Concannon, Jr._____

                                                                            BRIAN E. CONCANNON, JR.
                                                                            Institute for Justice & Democracy in Haiti
                                                                            666 Dorchester Ave.
                                                                             Boston, MA 02127
                                                                             Tel. (617) 652-0876
                                                                             brian@ijdh.org