UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| Delama GEORGES, et al.<br><br>        Plaintiffs,<br>v.<br><br>United Nations, et al.<br><br>        Defendants. |
|---|

Civil Action No. 1:13-cv-07146-JPO

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Jeffrey S. Brand for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Haiti; and that his contact information is as follows:

> Jeffrey S. Brand
> University of San Francisco School of Law
> 2130 Fulton Street
> San Francisco, CA 94117
> Tel: (415) 422-6360
> Fax: (415) 433-6433
> brandj@usfca.edu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Delama GEORGES, et al. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **MAR 17 2014**

_____
Hon. J. Paul Oetken
United States District Judge

1