

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 18, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re:  *Georges v. United Nations, et al.*,
     13 Civ. 7146 (JPO)

Dear Judge Oetken:

I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, in response to plaintiffs' letter to the Court, dated March 13, 2014.  Plaintiffs request that the Court:  (1) enter a proposed briefing schedule with regard to the Government's Statement of Interest, dated March 7, 2014; and (2) extend the page limit, from twenty-five to fifty pages, for plaintiffs' response to the Statement of Interest, and from ten to twenty pages, for plaintiffs' sur-reply.

The Government does not object to plaintiffs' request (to the extent plaintiffs make such a request) to file a sur-reply or to plaintiffs' request for an extension of page limits.  However, the Government respectfully reserves the right to request an opportunity to respond to any new arguments raised in the sur-reply, and for a corresponding extension of page limits.

In addition, the Government and plaintiffs' counsel have now conferred regarding a proposed briefing schedule as to the Government's Statement of Interest, and the parties jointly and respectfully request that Court endorse the following proposed briefing schedule:  plaintiffs' response to the Statement of Interest due by May 15, 2014; the Government's reply, if any, due by June 16, 2014; and plaintiffs' sur-reply, if any, due by July 15, 2014.

So ordered.  The Government's reply is confined to arguments raised in Plaintiffs' opposition, and Plaintiffs' surreply is confined to arguments raised in the Government's reply.  The Court will not entertain further briefing following Plaintiffs' surreply, absent permission and for good cause.
3/20/14

_____
J. PAUL OETKEN
United States District Judge

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this matter.

                        Respectfully,

                        PREET BHARARA
                        United States Attorney

By:     */s/ Ellen Blain*
                        ELLEN BLAIN
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.    (212) 637-2743
                        Fax    (212) 637-2730

cc:     By Electronic Mail
        Beatrice Lisa Young Lindstrom, Esq.
        Institute For Justice & Democracy In Haiti
        666 Dorchester Ave.
        Boston, MA 02127
        (404)-217-1302
        Email: beatrice@ijdh.org

        Ira Jay Kurzban, Esq.
        Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
        2650 S.W. 27th Avenue, Second Floor
        Miami, FL 33133
        (305)-444-0060
        Email: ira@kkwtlaw.com