

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 22, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 2 2014
```

      Re:  *Georges v. United Nations, et al.*,
            13 Civ. 7146 (JPO)

Dear Judge Oetken:

      I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, in response to plaintiffs' letter to the Court, dated April 17, 2014. Plaintiffs request that the Court enter a proposed briefing schedule regarding third-party motions for leave to file *amicus curiae* briefs in the above-referenced action, such that the motions would be filed by May 15, 2014, and the Government's response, if any, would be filed by May 22, 2014. The Government takes no position with regard to plaintiffs' request regarding possible *amici* submissions, but respectfully requests a longer time period, until June 16, 2014, to respond to the *amici* motions, if a response is necessary. Plaintiffs consent to the Government's request.

      Pursuant to the previous scheduling order entered by the Court on March 20, 2014, plaintiffs' response to the Government's Statement of Interest is due by May 15, 2014; the Government's reply, if any, is due by June 16, 2014; and plaintiffs' sur-reply, if any, is due by July 15, 2014. Accordingly, in order to harmonize the briefing schedules in this matter, the Government respectfully requests that its response, if any, to the *amici* submissions be due on the same date as the Government's reply in support of its Statement of Interest: June 16, 2014. In that event, the Government would be in a position to respond to both the *amici* and plaintiffs in one submission, thereby eliminating the need for multiple briefs.

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney

By: _____/s/ Ellen Blain_____
ELLEN BLAIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743
Fax   (212) 637-2730

cc:   By Electronic Mail
Beatrice Lisa Young Lindstrom, Esq.
Institute For Justice & Democracy In Haiti
666 Dorchester Ave.
Boston, MA 02127
(404)-217-1302
Email: beatrice@ijdh.org

Ira Jay Kurzban, Esq.
Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
2650 S.W. 27th Avenue, Second Floor
Miami, FL 33133
(305)-444-0060
Email: ira@kkwtlaw.com

*Motions by potential amici may be filed in accordance with Plaintiffs' April 17 letter. However, the Government's response to those motions/briefs will be due June 16, 2014.*

4/22/14

SO ORDERED:

_____
J. PAUL OETKEN
U.S.D.J.