# EXHIBIT 9

**Document Symbol:**

**PC/LEG/17**

Best copy available

Original: English.

PC/LEG/17.
30 November, 1945.

# PREPARATORY COMMISSION OF THE UNITED NATIONS

COMMITTEE 5:

DELEGATION OF CANADA

Draft Resolution concerning the Question
of Immunities, Facilities and Privileges
to the Organization, to Representatives
of the Members and to the Officials.

———————

The Preparatory Commission of the United Nations:

CONSIDERING that under Articles 104 and 105 of the
Charter the Organization is to be given in the territory of each
of its members such legal capacity and such immunities, facilities
and privileges as are necessary for the exercise of its functions
and the fulfilment of its purposes and that representatives of
the Members and officials of the Organization are to be given
such immunities, facilities and privileges as are necessary for
the independent exercise of their functions in connection with
the Organization,

CONSIDERING that the obligations on the part of the members
operate and are applicable from the coming into force of the
Charter,

CONSIDERING that the sooner the recommendations referred to
in paragraph (3) of Article 105 are made the better since the
ratification by Members of the convention adopted by the General
Assembly will take some considerable time and since the implementation
by national legislation of the convention will necessitate the
enactment by Members of new statutes or the amendment of existing
laws,

CONSIDERING the advisability of acquainting the Members with
the details of such immunities, facilities and privileges at the
earliest possible date, in order that they may be in a position

PC/LEG/17.
Page 2.

to give effect to these obligations.

DIRECTS the Executive Secretary to remind the Members of the United Nations that, under Articles 104 and 105 of the Charter, the obligation to accord to the United Nations, its officials and the representatives of its Members the legal capacity, immunities, facilities and privileges, necessary for the accomplishment of its purposes, operates from the coming into force of the Charter and is therefore applicable even before the General Assembly has made the recommendations referred to in paragraph (3) of the Article, or the conventions there mentioned, have been concluded, and

RECOMMENDS that the General Assembly in its First Session adopt a convention along the following lines for submission to the Members for ratification.

Tentative and Provisional Draft of Convention
on the Immunities, Facilities and Privileges of
the United Nations of Representatives of its
Members and of its Officials.

Art 1 - Authority

This convention is made under the authority of Articles 104 and 105 of the Charter which read as follows:-

"Article 104.
The Organization shall enjoy in the territory of each of its Members such legal capacity as may be necessary for the exercise of its functions and the fulfillment of its purposes."

"Article 105.
1.    The Organization shall enjoy in the territory of each of its Members such privileges and immunities as are necessary for the fulfillment of its purposes.

2.    Representatives of the Members of the United Nations and Officials of the Organization shall similarly enjoy such privileges and immunities as are necessary for the independent exercise of their functions in connection with the Organization.

3.    The General Assembly may make recommendations with a view to determining the details of the application of paragraphs 1 and 2 of this Article or may propose conventions to the Members of the United Nations for this purpose."

Art 2 – Purposes

The purposes of this convention are to determine the details of the applications of paragraphs 1 and 2 of Art 105 of the Charter, to ensure the efficient performance of the functions entrusted to the Organization and to avoid the imposition of financial burdens on the funds contributed to the Organization by the Members.

Art 3 – Status of the Organization

The Organization shall possess full juridicial personality and shall have the capacity to perform any legal act appropriate to its purposes which is not beyond the power granted to it by the Charter, and in particular, the capacity:

(1)  to contract;

(2)  to acquire and dispose of immovable and movable property;

(3)  to institute legal proceedings.

Art 4 – Immunities of the Organization

(1)  From judicial process:

The Organization, its property and its assets, wherever located and by whomsoever held, shall enjoy immunity from every form of judicial process except to the extent that it expressly waives its immunity for the purpose of any proceedings or by the terms of any contract.

(2)  From search, requisition, expropriation or any other form of seizure:

The premises of the Organization are invoilable, and its property and assets, wherever located and by whomsoever held shall be immune from search, requisition, confiscation, expropriation or any other form of seizure by executive or legislative action or otherwise.

PC/LEG/17.
Page 4.

    (3)  From violation of archives and correspondence:

        The archives of the Organization, wherever located and by whomsoever held, its correspondence, communications and documents shall be inviolable.

    (4)  From restrictions of assets:

        To the extent necessary to carry out the exercise of its functions:

        (a)  All property and assets of the Organization shall be free from restrictions, regulations, controls and moratoria of any nature;

        (b)  The Organization may operate accounts in any foreign currency and shall be free from all restrictions on the operation of such accounts;

        (c)  The Organization may operate in national currency accounts having international status, and convert freely into any other available currency and transfer abroad, free of any national restriction, balances of such accounts which are the proceeds

           (i)  of payments which the Member is under an obligation to make in gold or freely convertible currency, or

          (ii)  of the purchase of the currency of the Member at an earlier date by the sale to the appropriate authority of the Member of gold or freely convertible currency.

    (5)  From taxation:

        The Organization, its assets, property, income and its operations and transactions authorized

under the provisions of the Charter shall be:

   (a)  exempt from all direct taxes;

   (b)  exempt from customs duties in respect of
articles for the official use of the
Organization and of publications issued by
the Organization;

   (c)  exempt from sales taxes and excise duties
in respect of purchases for official use of
substantial value for which appropriate
administrative arrangements can be made.

Art 5 - Certain facilities of the Organization

  (1)  Communications

The official communications of the Organization
shall be accorded:

   (a)  treatment not less favourable than that accorded
to the official correspondence of the Governments
of other members of the Organization including:

     (i)  Priority for telephone and telegraph
communications whether cable or radio
and for mail transmitted by pouch or by
courier;

     (ii) Government rebates for official telegrams;

     (iii) Exemption from taxation on official
telegrams and telephone calls;

     (iv) Diplomatic status for couriers and pouches
of the Organization;

     (v)  Under appropriate safeguards taken by the
Organization, exemption from censorship of
its official correspondence;

     (vi) Appropriate arrangements for the use of codes
and of cable addresses for the telegraphic

correspondence of the Organization;

(vii)   Arrangements which may be necessary to enable
the Organization to send press telegrams to
press officers and correspondents of the Office
in accordance with the provisions of the
International Telecommunications Convention and
the Regulations annexed thereto.

(b)   appropriate postal facilities including:

(i)   Satisfactory arrangements for the expeditious
collecting and delivery of correspondence and
printed matter at offices handling a substantial
volume of such business and at meetings of the
General Assembly, of the Security Council, of the
Economic and Social Council and the Trusteeship
Council, and of such specialized agencies as may be
brought in relation with the Organization;

(ii)   Exemption, in respect of official documents
and publications, from any restrictions upon
the despatch of printed matter through the mails
to any state with which the state of despatch
maintains postal relations;

(iii)   Arrangements for the use of specially printed or
overprinted stamps for the official correspondence
of the Organization in states where a substantial
volume of correspondence is despatched;

(iv)   Postal privileges for the official correspondence
of the Organization not less favourable than those
accorded by the Member to any other Member.  The
reduction of 50 per cent of the ordinary rate for
printed papers authorized by Article 34(3) of the

PC/LEG/17.

Page 7.

Universal Postal Convention. *

(2) Purchases and public service

The Organization shall enjoy any special treatment,
rates, discounts and priority accorded by any Member to
the Governments of other Members in respect of the purchase
of articles intended for official use and the services
rendered by public utility, transportation and other Companies.

Art 6 - Status of Representatives of the Members

Representatives of Member Governments to the General
Assembly, to the Security Council, to the Economic and Social
Council, to the Trusteeship Council and to such specialized
agencies as may be brought in relation with the Organization
shall be accorded during their tenure of office diplomatic
privileges and immunities including:

(1) immunity from legal process of any kind in respect
of acts performed in their official capacity and falling
within their functions as such;

(2) The same immunities from immigration restrictions,
alien registration and military service obligation and
the same facilities as regards exchange restrictions as
are accorded diplomatic representatives of the Governments
of Members;

(3) inviolability of the representative's personal baggage
and the same immunities accorded in this regard to ambassadors
and ministers;

(4) Any further immunities and privileges that the
Secretary-General may request as necessary to safeguard
representatives on their way to or from meetings of the
different organs of the Organization;

---

* (In the case of Members which have agreed to apply
Article 34(3) of the Universal Post Convention)

PC/LEG/17.
Page 8.

 (5) complete freedom of speech, independence and the

 facilities necessary for the satisfactory discharge of

 their duties;

provided that each member government shall determine to what extent

the above recommendations shall apply to its own nations, and to

non-nationals in permanent residence in its territories.

Art 7 - United Nations Passports.

 United Nations passports issued by the Organization to its

officials and specialized agencies when travelling in their official

capacity or for the execution of their duties shall be accorded

treatment not less favourable than that accorded to diplomatic

passports officials of comparable rank.

Art 8 - Privileges and Immunities of Officials and Employees

 (1) The Secretary-General, the Assistant Secretaries General,

 the Directors and Assistant Directors shall be accorded

 the privileges, immunities, exemptions and facilities

 accorded to ambassadors in accordance with international

 law and comity.

 (2) All officials and employees of the Organization shall:

  (a) be immune from legal process with respect to acts

   performed by them in their official capacity;

  (b) be exempt from direct taxation on the salaries

   and emoluments paid to them by the Organization;

  (c) be immune from immigration restrictions, alien

   registration and military service obligations;

  (d) be accorded the same privileges as regards exchange

   facilities as are accorded to the officials of

   comparable rank of the Governments of other Members;

PC/LEG/17.
Page 9.

(e)  be given when travelling on official business
the visas, priorities, rebates, exemptions from
fees and other charges and other facilities accorded
in respect of official travel on comparable
business to Government officials of equal rank;

(f)  be given the same repatriation facilities as
diplomatic agents in time of internation crisis

(3)  The estates of members of the staff and members of their
families shall not be liable to death duties when the sole
jurisdictional basis for such taxation is the residence there
of the deceased person in connection with the discharge of
official duties on behalf of the Organization.

Art 9 - Control of Privileges and Immunities of Officials

(1)  The Organization shall co-operate at all times with
the appropriate authorities to facilitate the proper
administration of justice, secure the execution of police
regulations and prevent the occurrence of any abuse in
connection with the immunities and facilities provided for
in this convention.

(2)  The Organization shall make provision for the determination
by an appropriate international tribunal of:

(a)  disputes arising out of contracts to which the
Organization is a party which provide for the
reference to such tribunal of any disagreement
relating thereto;

(b)  disputes involving any official of the Organization
who by reason of his official position enjoys
immunity from the jurisdiction of the tribunal

PC/IMS/17.
Page 10.

which would otherwise have cognizance of

the matter if such immunity has not been

waived by the Secretary-General.

Art 10 - Execution of the Convention

Each Member shall take such action as is necessary in its

own territories for the purpose of making effective under its

own laws the terms of the present convention.

**Document Symbol:**

**PC/LEG/17**

Best copy available

Original: English.

PC/LEG/17.
30 November, 1945.

# PREPARATORY COMMISSION OF THE UNITED NATIONS

COMMITTEE 5:

DELEGATION OF CANADA

Draft Resolution concerning the Question
of Immunities, Facilities and Privileges
to the Organization, to Representatives
of the Members and to the Officials.

———————

The Preparatory Commission of the United Nations:

CONSIDERING that under Articles 104 and 105 of the

Charter the Organization is to be given in the territory of each

of its members such legal capacity and such immunities, facilities

and privileges as are necessary for the exercise of its functions

and the fulfilment of its purposes and that representatives of

the Members and officials of the Organization are to be given

such immunities, facilities and privileges as are necessary for

the independent exercise of their functions in connection with

the Organization,

CONSIDERING that the obligations on the part of the members

operate and are applicable from the coming into force of the

Charter,

CONSIDERING that the sooner the recommendations referred to

in paragraph (3) of Article 105 are made the better since the

ratification by Members of the convention adopted by the General

Assembly will take some considerable time and since the implementation

by national legislation of the convention will necessitate the

enactment by Members of new statutes or the amendment of existing

laws,

CONSIDERING the advisability of acquainting the Members with

the details of such immunities, facilities and privileges at the

earliest possible date, in order that they may be in a position

PC/LEG/17.
Page 2.

to give effect to these obligations.

DIRECTS the Executive Secretary to remind the Members of the United Nations that, under Articles 104 and 105 of the Charter, the obligation to accord to the United Nations, its officials and the representatives of its Members the legal capacity, immunities, facilities and privileges, necessary for the accomplishment of its purposes, operates from the coming into force of the Charter and is therefore applicable even before the General Assembly has made the recommendations referred to in paragraph (3) of the Article, or the conventions there mentioned, have been concluded, and

RECOMMENDS that the General Assembly in its First Session adopt a convention along the following lines for submission to the Members for ratification.

Tentative and Provisional Draft of Convention
on the Immunities, Facilities and Privileges of
the United Nations of Representatives of its
Members and of its Officials.

Art 1 - Authority

This convention is made under the authority of Articles 104 and 105 of the Charter which read as follows:-

"Article 104.
The Organization shall enjoy in the territory of each of its Members such legal capacity as may be necessary for the exercise of its functions and the fulfillment of its purposes."

"Article 105.
1.  The Organization shall enjoy in the territory of each of its Members such privileges and immunities as are necessary for the fulfillment of its purposes.

2.  Representatives of the Members of the United Nations and Officials of the Organization shall similarly enjoy such privileges and immunities as are necessary for the independent exercise of their functions in connection with the Organization.

3.  The General Assembly may make recommendations with a view to determining the details of the application of paragraphs 1 and 2 of this Article or may propose conventions to the Members of the United Nations for this purpose."

Art 2 - Purposes

The purposes of this convention are to determine the details of the applications of paragraphs 1 and 2 of Art 105 of the Charter, to ensure the efficient performance of the functions entrusted to the Organization and to avoid the imposition of financial burdens on the funds contributed to the Organization by the Members.

Art 3 - Status of the Organization

The Organization shall possess full juridicial personality and shall have the capacity to perform any legal act appropriate to its purposes which is not beyond the power granted to it by the Charter, and in particular, the capacity:

(1)  to contract;

(2)  to acquire and dispose of immovable and movable property;

(3)  to institute legal proceedings.

Art 4 - Immunities of the Organization

(1)  From judicial process:

The Organization, its property and its assets, wherever located and by whomsoever held, shall enjoy immunity from every form of judicial process except to the extent that it expressly waives its immunity for the purpose of any proceedings or by the terms of any contract.

(2)  From search, requisition, expropriation or any other form of seizure:

The premises of the Organization are invoilable, and its property and assets, wherever located and by whomsoever held shall be immune from search, requisition, confiscation, expropriation or any other form of seizure by executive or legislative action or otherwise.

PG/LEG/17.
Page 4.

    (3)  From violation of archives and correspondence:

        The archives of the Organization, wherever

located and by whomsoever held, its correspondence,

communications and documents shall be inviolable.

    (4)  From restrictions of assets:

        To the extent necessary to carry out the exercise

of its functions:

        (a)  All property and assets of the Organization

            shall be free from restrictions, regulations,

            controls and moratoria of any nature;

        (b)  The Organization may operate accounts in

            any foreign currency and shall be free from

            all restrictions on the operation of such

            accounts;

        (c)  The Organization may operate in national

            currency accounts having international status,

            and convert freely into any other available

            currency and transfer abroad, free of any

            national restriction, balances of such accounts

            which are the proceeds

            (i)  of payments which the Member is under

                an obligation to make in gold or freely

                convertible currency, or

            (ii) of the purchase of the currency of the

                Member at an earlier date by the sale

                to the appropriate authority of the

                Member of gold or freely convertible

                currency.

    (5)  From taxation:

        The Organization, its assets, property, income

and its operations and transactions authorized

FC/LEG/17.
Page 5.

under the provisions of the Charter shall be:

(a)   exempt from all direct taxes;

(b)   exempt from customs duties in respect of
      articles for the official use of the
      Organization and of publications issued by
      the Organization;

(c)   exempt from sales taxes and excise duties
      in respect of purchases for official use of
      substantial value for which appropriate
      administrative arrangements can be made.

Art 5 - Certain facilities of the Organization

(1)   Communications

      The official communications of the Organization
shall be accorded:

(a)   treatment not less favourable than that accorded
      to the official correspondence of the Governments
      of other members of the Organization including;

      (i)   Priority for telephone and telegraph
            communications whether cable or radio
            and for mail transmitted by pouch or by
            courier;

      (ii)  Government rebates for official telegrams;

      (iii) Exemption from taxation on official
            telegrams and telephone calls;

      (iv)  Diplomatic status for couriers and pouches
            of the Organization;

      (v)   Under appropriate safeguards taken by the
            Organization, exemption from censorship of
            its official correspondence;

      (vi)  Appropriate arrangements for the use of codes
            and of cable addresses for the telegraphic

correspondence of the Organization;

(vii)  Arrangements which may be necessary to enable
the Organization to send press telegrams to
press officers and correspondents of the Office
in accordance with the provisions of the
International Telecommunications Convention and
the Regulations annexed thereto.

(b)  appropriate postal facilities including:

(i)  Satisfactory arrangements for the expeditious
collecting and delivery of correspondence and
printed matter at offices handling a substantial
volume of such business and at meetings of the
General Assembly, of the Security Council, of the
Economic and Social Council and the Trusteeship
Council, and of such specialized agencies as may be
brought in relation with the Organization;

(ii)  Exemption, in respect of official documents
and publications, from any restrictions upon
the despatch of printed matter through the mails
to any state with which the state of despatch
maintains postal relations;

(iii)  Arrangements for the use of specially printed or
overprinted stamps for the official correspondence
of the Organization in states where a substantial
volume of correspondence is despatched;

(iv)  Postal privileges for the official correspondence
of the Organization not less favourable than those
accorded by the Member to any other Member. The
reduction of 50 per cent of the ordinary rate for
printed papers authorized by Article 34(3) of the

PC/LEG/17.
Page 7.

Universal Postal Convention. ✱

(2)  Purchases and public service

The Organization shall enjoy any special treatment, rates, discounts and priority accorded by any Member to the Governments of other Members in respect of the purchase of articles intended for official use and the services rendered by public utility, transportation and other Companies.

Art 6 - Status of Representatives of the Members

Representatives of Member Governments to the General Assembly, to the Security Council, to the Economic and Social Council, to the Trusteeship Council and to such specialized agencies as may be brought in relation with the Organization shall be accorded during their tenure of office diplomatic privileges and immunities including:

(1)  immunity from legal process of any kind in respect of acts performed in their official capacity and falling within their functions as such;

(2)  The same immunities from immigration restrictions, alien registration and military service obligation and the same facilities as regards exchange restrictions as are accorded diplomatic representatives of the Governments of Members;

(3)  inviolability of the representative's personal baggage and the same immunities accorded in this regard to ambassadors and ministers;

(4)  Any further immunities and privileges that the Secretary-General may request as necessary to safeguard representatives on their way to or from meetings of the different organs of the Organization;

---

✱  (In the case of Members which have agreed to apply Article 34(3) of the Universal Post Convention)

PC/LEG/17.
Page 8.

(5)  complete freedom of speech, independence and the

facilities necessary for the satisfactory discharge of

their duties;

provided that each member government shall determine to what extent

the above recommendations shall apply to its own nations, and to

non-nationals in permanent residence in its territories.

Art 7 - United Nations Passports.

United Nations passports issued by the Organization to its

officials and specialized agencies when travelling in their official

capacity or for the execution of their duties shall be accorded

treatment not less favourable than that accorded to diplomatic

passports officials of comparable rank.

Art 8 - Privileges and Immunities of Officials and Employees

(1)  The Secretary-General, the Assistant Secretaries General,

the Directors and Assistant Directors shall be accorded

the privileges, immunities, exemptions and facilities

accorded to ambassadors in accordance with international

law and comity.

(2)  All officials and employees of the Organization shall:

(a)  be immune from legal process with respect to acts

performed by them in their official capacity;

(b)  be exempt from direct taxation on the salaries

and emoluments paid to them by the Organization;

(c)  be immune from immigration restrictions, alien

registration and military service obligations;

(d)  be accorded the same privileges as regards exchange

facilities as are accorded to the officials of

comparable rank of the Governments of other Members;

PC/LEG/17.
Page 9.

  (e) be given when travelling on official business

    the visas, priorities, rebates, exemptions from

    fees and other charges and other facilities accorded

    in respect of official travel on comparable

    business to Government officials of equal rank;

  (f) be given the same repatriation facilities as

    diplomatic agents in time of internation crisis

(3) The estates of members of the staff and members of their
families shall not be liable to death duties when the sole
jurisdictional basis for such taxation is the residence there
of the deceased person in connection with the discharge of
official duties on behalf of the Organization.

Art 9 - Control of Privileges and Immunities of Officials

(1) The Organization shall co-operate at all times with
the appropriate authorities to facilitate the proper
administration of justice, secure the execution of police
regulations and prevent the occurrence of any abuse in
connection with the immunities and facilities provided for
in this convention.

(2) The Organization shall make provision for the determination
by an appropriate international tribunal of:

  (a) disputes arising out of contracts to which the

    Organization is a party which provide for the

    reference to such tribunal of any disagreement

    relating thereto;

  (b) disputes involving any official of the Organization

    who by reason of his official position enjoys

    immunity from the jurisdiction of the tribunal

FC/IEC/17.
Page 10.

which would otherwise have cognizance of
the matter if such immunity has not been
waived by the Secretary-General.

Art 10 - Execution of the Convention

Each Member shall take such action as is necessary in its
own territories for the purpose of making effective under its
own laws the terms of the present convention.