EXHIBIT 11

Supplement No. 5—PC/LEG/41

# COMMITTEE 5: LEGAL QUESTIONS
## Summary Record of Meetings
# COMITE 5: QUESTIONS JURIDIQUES
## Procès-Verbal des Séances

| No. 10<br>Monday, 17 December, 1945 | No. 10<br>Lundi 17 décembre 1945 |
|---|---|
| **TENTH MEETING** | **DIXIÈME SÉANCE** |
| *Held on Saturday,* 15 *December, at* 10.30 *a.m.* | *Tenue le samedi* 15 *décembre* 1945, *à* 10 *h.*30. |
| Chairman : BADAWI Pasha (Egypt). | Président : BADAWI Pacha (Egypte) |
| **1. Privileges and Immunities:** Discussion of Draft Convention (PC/LEG/34 and PC/LEG/39) | **1. Privilèges et immunités:** Discussion du projet de convention (PC/LEG/34 et PC/LEG/39). |
| The CHAIRMAN stressed that the draft convention on privileges and immunities (PC/LEG/34) would be submitted as a working paper only, and he asked the Committee to keep this in mind during the discussion. The exchange of views in the meeting did not bind any Delegation, even if their remarks were embodied in a draft convention to be submitted as a working paper. | Le PRESIDENT souligne que le projet de convention sur les privilèges et immunités (PC/LEG/34) sera soumis en tant que document de travail seulement ; il prie les membres du Comité de se le rappeler au cours de la discussion. Il signale de nouveau au Comité que l'échange de vues qui a lieu pendant la séance ne lie aucune des délégations même si leurs observations sont insérées dans un projet de convention qui sera soumis comme document de travail. |
| (At the Ninth meeting of the Committee, the Introductory Article, and Articles 1, 2, 3 and 4 were passed without comment. Article 5 was adopted with certain modifications.) | (A la neuvième séance du Comité, l'Article d'introduction et les Articles 1, 2, 3 et 4 ont été adoptés sans commentaires. L'Article 5 a été adopté avec certaines modifications.) |
| *Article* 6. With regard to paragraphs 1 and 2, the Delegate for NEW ZEALAND wished to record the views of his Delegation, that the officials of specialized agencies should be mentioned in this Article. He held that " Directors " should be inserted after the words " Assistant Secretaries-General " in paragraph 2. | *Article* 6 : En ce qui concerne les paragraphes 1 et 2 de l'Article 6, le délégué de la NOUVELLE ZELANDE désire notifier l'opinion de sa délégation : celle-ci aimerait voir mentionner dans cet article les fonctionnaires des institutions spécialisées. Il estime qu'il y aurait lieu de faire figurer le mot " Directeurs " après les mots " Sous-secrétaires généraux," dans le paragraphe 2. |
| The Delegate for the UNITED STATES OF AMERICA wished to record the reservation of his Delegation with regard to items (*b*) and (*c*) of paragraph 1 of this Article. | Le délégué des ETATS-UNIS d'AMERIQUE tient à faire enregistrer la réserve formulée par sa délégation en ce qui concerne les points (*b*) et (*c*) du paragraphe 1 de cet Article. |
| With regard to paragraph 2 of Article 6, the Delegate for the UNITED KINGDOM wished to record that his Government would be willing to extend diplomatic privileges and immunities to the Secretary-General, all Assistant Secretaries-General, their spouses and minor children only. A certain difficulty had been encountered in obtaining the consent of Parliament to the extension of diplomatic privileges to other than the senior officials of specialized agencies. | Quant au paragraphe 2 de l'Article 6, le délégué du ROYAUME-UNI précise que son Gouvernement est disposé à accorder les privilèges et immunités diplomatiques au Secrétaire Général, à tous les Sous-secrétaires généraux, à leurs femme et à leurs enfants mineurs seulement. Il y a eu certaines difficultés à obtenir le consentement du Parlement à l'extension des privilèges diplomatiques aux fonctionnaires des institutions spécialisées autres que les fonctionnaires supérieurs. |
| *Article* 7 : The Committee agreed to the deletion of the sentence in paragraph 1 which referred to officials in specialized agencies and to the addition of a new Article providing for the issuing of United Nations passports to officials of specialized agencies (Article 10 in PC/LEG/42). Since none of the constitutions of the specialized agencies mentioned the existence of a United Nations passport, it was felt that this provision should be made in the general convention. | *Article* 7 : Le Comité décide de supprimer la phrase du paragraphe 1 qui a trait aux fonctionnaires des institutions spécialisées et d'ajouter un nouvel article prévoyant que l'Organisation délivrerait des passeports des Nations Unies aux fonctionnaires de ces institutions (Article 10 du document PC/LEG/42). Etant donné que les statuts d'aucune des institutions spécialisées ne font mention d'un passeport des Nations Unies, il y aurait lieu d'insérer la disposition particulière dans la convention générale. |
| A discussion took place on the whole question of the creation of a United Nations passport. In reply to doubts expressed as to the necessity for such a passport, some Delegations explained that | Une discussion s'engage sur l'ensemble de la question de la création d'un passeport des Nations Unies. En réponse à quelques membres du Comité qui se demandent si un passeport de ce |

C

the Charter required the absolute independence of the officials of the United Nations, and a special passport would help to ensure this independence.

*Article 8. Paragraph* 2: One Delegate asked whether it was necessary, in a general convention of this type, to specify that officials owning or driving motor cars should be insured against third party risks.

Mr. BECKETT explained that this particular subject had in the past caused so much difficulty that the subcommittee thought it advisable to draw attention to the matter.

**Decision:** After this discussion, the Draft Convention on privileges and immunities *in toto* was submitted to a vote and approved unanimously.

Many Delegations did, however, make important reservations concerning the different Articles and it was quite clearly understood that these Delegations were at complete liberty to take up again various points at a later stage.

### 2. Recommendation on Privileges and Immunities (PC/LEG/38).

Mr. RYBAR (Yugoslavia) asked for the deletion of the words " prepared by a Committee of the Preparatory Commission " in order to ensure that the General Assembly would consider the convention purely as a working paper.

**Decision:** The Committee adopted the deletion.

The Recommendation as amended is now circulated as Document PC/LEG/42.

### 3. Closing remarks.

**The CHAIRMAN announced that with this meeting the Committee had finished its work.** He considered it had gone very smoothly, and he thanked the members for their cooperation.

Mr. REIFF (United States of America) and Mr. AGLION (France) thanked the Chairman for his brilliant and wise chairmanship. Mr. STAVRAPOULOS (Greece) thanked the Secretariat for their excellent work.

The meeting rose at 12.30 p.m.

---

genre est nécessaire, certaines délégations expliquent que, d'après la Charte, les fonctionnaires de l'Organisation doivent jouir d'une indépendance absolue et qu'un passeport spécial aiderait à l'assurer.

*Article 8, Paragraphe* 2 : Un délégué demande s'il est nécessaire, dans une convention générale de cette nature, de spécifier que les fonctionnaires qui possèdent ou conduisent des automobiles doivent être assurés contre les risques aux tiers.

M. BECKETT explique que précisément cette question a donné lieu dans le passé à tant de difficultés que le sous-comité a cru bon d'attirer l'attention sur ce point.

**Décision :** A la suite de cette discussion, le projet de convention sur les privilèges et immunités dans son ensemble est mis aux voix. Il est approuvé à l'unanimité.

Toutefois, beaucoup de délégations font d'importantes réserves concernant les divers articles et il reste entendu qu'elles gardent toute liberté de reprendre certains points au cours des discussions ultérieures.

### 2. Recommandation sur les privilèges et immunités (PC/LEG/38).

M. RYBAR (Yougoslavie) demande de supprimer les mots " préparé par un Comité de la Commission Préparatoire " afin que l'Assemblée Générale puisse considérer la convention simplement comme un document de travail.

**Décision :** Le Comité adopte cette suggestion.

La recommandation ainsi amendée, est maintenant distribuée comme document PC/LEG/42.

### 3. Observations finales.

**Le PRESIDENT annonce que le Comité vient de terminer ses travaux.** Ceux-ci se sont déroulés dans une atmosphere excellente ; il remercie ensuite les membres de leur collaboration.

M. REIFF (Etats-Unis d'Amérique) et M. AGLION (France) remercient le Président de l'habileté et de la sagesse dont il a fait preuve dans la conduite des débats. M. STAVRAPOULOS (Grèce) adresse au Secrétariat ses remerciements pour l'excellent travail qu'il a accompli.

La séance est levée à minuit et demi.