

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 13, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

                Re:  *Georges v. United Nations, et al.*,
                      13 Civ. 7146 (JPO)

Dear Judge Oetken:

      I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to request a two-week extension of time, from June 16, 2014, to June 23, 2014, for the Government to submit a response to the proposed *amici* briefs and a reply in further support of its Statement of Interest, and a corresponding two-week extension, from July 15, 2014, to July 29, 2014, for Plaintiffs to submit a sur-reply.  This is the first request for an extension of the briefing schedule; Plaintiffs consent to this request.

      Pursuant to the previous scheduling order entered by the Court, the Government's submission, if any, is due by June 16, 2014; and Plaintiffs' sur-reply, if any, is due by July 15, 2014.  Because preparing a response to Plaintiffs' brief and the *amici* briefs involves coordination with various governmental components, and because of a recent illness of the undersigned, the Government requires a brief extension of time, from June 16, 2014, to June 23, 2014, to submit its response.  So that the briefing schedule comports with the timeframe provided in the original schedule, the parties also respectfully request a corresponding two-week extension, from July 15, 2014, to July 29, 2014, for the Plaintiffs to submit a sur-reply.

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this request.

                          Respectfully,

                          PREET BHARARA
                          United States Attorney

By:    */s/ Ellen Blain*
        ELLEN BLAIN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.   (212) 637-2743
        Fax   (212) 637-2730

cc:    <u>By Electronic Mail</u>
       Beatrice Lisa Young Lindstrom, Esq.
       Institute For Justice & Democracy In Haiti
       666 Dorchester Ave.
       Boston, MA 02127
       (404)-217-1302
       Email: beatrice@ijdh.org

       Ira Jay Kurzban, Esq.
       Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
       2650 S.W. 27th Avenue, Second Floor
       Miami, FL 33133
       (305)-444-0060
       Email: ira@kkwtlaw.com