

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

June 13, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Georges v. United Nations, et al.*,
         13 Civ. 7146 (JPO)

Dear Judge Oetken:

  I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to correct the letter that the Government filed earlier today. For the reasons set forth in that letter, the Government requested an extension of time for the briefing schedule with respect to the Government's Statement of Interest, but unfortunately included the incorrect dates. Accordingly, the Government wishes to clarify that it respectfully requests a two-week extension, from June 16, 2014, to June 30, 2014, for the Government's submission, and an extension, from July 15, 2014, to August 14, 2014, for the Plaintiffs' submission (thus granting both parties six weeks to respond to the respective submissions). Again, this is the first request for an extension of the briefing schedule, and Plaintiffs consent to this request. My apologies for any inconvenience this may have caused.

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this request.

       Respectfully,

       PREET BHARARA
       United States Attorney

By:    */s/ Ellen Blain*
       ELLEN BLAIN
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.  (212) 637-2743
       Fax  (212) 637-2730

cc:    <u>By Electronic Mail</u>
     Beatrice Lisa Young Lindstrom, Esq.
     Institute For Justice & Democracy In Haiti
     666 Dorchester Ave.
     Boston, MA 02127
     (404)-217-1302
     Email: beatrice@ijdh.org

     Ira Jay Kurzban, Esq.
     Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
     2650 S.W. 27th Avenue, Second Floor
     Miami, FL 33133
     (305)-444-0060
     Email: ira@kkwtlaw.com