

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 27, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

                Re:  *Georges v. United Nations, et al.*,
                       13 Civ. 7146 (JPO)

Dear Judge Oetken:

      I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to respectfully request an additional one-week extension, from June 30, 2014, to July 7, 2014, for the Government to submit a response to the proposed *amici* briefs and reply in further support of the Government's Statement of Interest, and a corresponding extension, from August 14, 2014, to August 28, 2014, for Plaintiffs to submit a sur-reply. Plaintiffs consent to this request.

      The Government requires this further extension of time in order to ensure that all relevant agencies and components have sufficient time to review and consider the Government's response. This is the Government's second request for an extension of the briefing schedule; the first request was granted.

Hon. J. Paul Oetken
Page 2

We thank the Court for its consideration of this request.

                                                Respectfully,

                                                PREET BHARARA
                                                United States Attorney

By:     */s/ Ellen Blain*
         ELLEN BLAIN
         Assistant United States Attorney
         86 Chambers Street, 3rd Floor
         New York, New York 10007
         Tel.   (212) 637-2743
         Fax   (212) 637-2730

cc:    <u>By Electronic Mail</u>
       Beatrice Lisa Young Lindstrom, Esq.
       Institute For Justice & Democracy In Haiti
       666 Dorchester Ave.
       Boston, MA 02127
       (404)-217-1302
       Email: beatrice@ijdh.org

       Ira Jay Kurzban, Esq.
       Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
       2650 S.W. 27th Avenue, Second Floor
       Miami, FL 33133
       (305)-444-0060
       Email: ira@kkwtlaw.com