UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                          :
  DELAMA GEORGES, et al.,                                 :
                                                          :
                                    Plaintiffs,           :          13-CV-7146 (JPO)
                        -v-                                :
                                                          :                ORDER
  UNITED NATIONS, et al.,                                 :
                                                          :
                                    Defendants.           :
---------------------------------------------------------X

J. PAUL OETKEN, District Judge:

 The motions for leave to file *amicus* briefs [Dkt. Nos. 19, 31, 32] are granted.

 The Court will hold oral argument with regard to Plaintiffs' motion regarding service of process [Dkt. No. 4].  Counsel for the parties and *amici* shall appear on October 23, 2014 at 10:00 a.m. in courtroom 706 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007.

 The Clerk of the Court is directed to close the motions at docket numbers 19, 31, and 32.

SO ORDERED.

Dated: September 30, 2014
  New York, New York

_____
    J. PAUL OETKEN
   United States District Judge