

October 16, 2014

The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007


Re:     *Georges et al. v. United Nations et al.*, 1:13-cv-07146-JPO


Honorable Judge Oetken:

    I write on behalf of the Plaintiffs in the above-titled matter to inform the court of the likely need for additional seating for the hearing in this case scheduled for October 23, 2014 at 10AM in courtroom 706 of the Thurgood Marshall U.S. Courthouse.

    We understand that courtroom 706 can seat approximately 70 people. It has come to our attention that there is substantial interest in the hearing among media, the Haitian-American Community and people interested in human rights and international law. We believe that attendance at the hearing would likely surpass 70 people. We would, therefore, respectfully request arrangements to accommodate a larger group of people, through either a larger courtroom or an overflow room with video access.

    We are grateful for the Court's consideration of this matter.


Respectfully submitted,


*/s/: Beatrice Lindstrom*
Beatrice Lindstrom (S.D.N.Y. No BL8321)
Institute for Justice & Democracy in Haiti
666 Dorchester Ave.
Boston, MA 02127
Tel: (617) 652-0876


cc :        By Electronic Mail
            Ellen Blain, Esq.

Assistant United States Attorney
ellen.blain@usdoj.gov

Nicholas Cartier, Esq.
United States Department of Justice
Nicholas.cartier@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, *et al*.<br><br>               Plaintiffs,<br><br>v.<br><br>United Nations, *et al*.<br><br>               Defendants. | Civil Action No.   1:13-cv-07146-JPO<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 16th day of October, 2014, copies of Plaintiffs' letter motion to the Honorable J. Paul Oetken were served via mail on the following:

United Nations
1 United Nations Plaza
New York, NY 10017

MINUSTAH headquarters
Log Base
Boulevard Toussaint Louverture and Clercine 18
Port-au-Prince, Haiti

Ban Ki-Moon
3 Sutton Place
New York, NY 10022

Edmond Mulet
429 East 52nd Street
Apartment 36A-E
New York, NY 10022

Copies of the same have also been sent via electronic mail to the following:

Ellen Blain, Esq.
Assistant United States Attorney
ellen.blain@usdoj.gov

Nicholas Cartier, Esq.
United States Department of Justice
nicolas.cartier@usdoj.gov

Dated: October 16, 2014            Respectfully submitted,
      New York, New York

*/s/: Beatrice Lindstrom*
Beatrice Lindstrom (S.D.N.Y. Bar No BL8321)
Institute for Justice & Democracy in Haiti
666 Dorchester Ave.
Boston, MA 02127
Tel: (617) 652-0876