UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    :
DELAMA GEORGES, et al.,    :
                Plaintiffs,  :
    :  13-CV-07146 (JPO)
        -v-  :
    :  <u>ORDER</u>
UNITED NATIONS, et al.,  :
                Defendants.  :
    :
-------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    Oral argument on Plaintiffs' Motion for affirmation that service has been made, or in the alternative, for service of process by alternative means (Dkt. 4) will take place on Thursday, October 23, 2014 at 10:00 a.m. in **Courtroom 318** at 40 Foley Square, New York, New York 10007.  The Court will allow oral argument as follows:

| | |
|---|---|
| Plaintiffs | 15 minutes |
| United States | 15 minutes |
| *Amici Curiae* Fanm Ayisyen Nan Miyami, Inc. (FANM) / Haitian Women of Miami and the Haitian Lawyers Association | 10 minutes |
| *Amici Curiae* International Law Scholars and Practitioners | 10 minutes |
| *Amici Curiae* European Law Scholars and Practitioners | 10 minutes |

Counsel for each of the parties and *amici* are directed to submit a letter by October 22, 2014 indicating who will argue on its behalf.

    SO ORDERED.

Dated: New York, New York
       October 17, 2014

_____
J. PAUL OETKEN
United States District Judge