UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, et al.<br><br>            Plaintiffs,<br>      v.<br><br>United Nations, et al.<br><br>            Defendants. | Civil Action No.  1:13-cv-07146-JPO<br><br>**NOTICE OF APPEARANCE** |

   Please take notice that the undersigned, Joel R. Kupferman, respectfully enters his appearance as counsel for *amici curiae* European Law Scholars in the above-captioned action and that all future correspondences and papers in connection with this action are to be directed to and served upon the undersigned.


Dated: October 18, 2014                By:  /s:/ Joel R. Kupferman

                                       Joel R. Kupferman (SDNY No. JK2009)
                                       Environmental Justice Initiative for Haiti
                                       11 Park Place, Suite 701
                                       New York, NY
                                       Tel: 212-334-5551
                                       envjoel@ix.netcom.com

1