UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DELAMA GEORGES, ET AL.                                    Civil Action No.: 1:13-cv-07146-JPO

                Plaintiffs,
                                                      **NOTICE OF APPEARANCE**
    v.

UNITED NATIONS, ET AL.

                Defendants.
----------------------------------------------------------X

       Please take notice that the undersigned, Harvey W. Spizz, respectfully enters his appearance as counsel for *amici curiae* International Law Scholars and Practitioners in the above-captioned action and that all future correspondences and papers in connection with this action are to be directed to and served upon the undersigned.

Dated: October 20, 2014

                                                        By: /s/ Harvey W. Spizz
                                                        Harvey W. Spizz (1068-HS)
                                                        Spizz & Cooper, LLP
                                                        114 Old Country Road, Suite 644
                                                        Mineola, New York 11501
                                                         (516) 747-8877
                                                        hws@spizzcooper.com