

October 22, 2014

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

Re:     *Georges et al. v. United Nations et al.*, No. 1:13-cv-07146-JPO

Honorable Judge Oetken:

I am counsel of record for plaintiffs in the above-referenced matter. Pursuant to your order dated October 17, 2014, Docket No. 46, I write to respectfully inform the court that I will appear at oral argument on October 23, 2014, to argue on behalf of plaintiffs.

Additionally, I respectfully request that three minutes of my allotted time for argument be reserved for rebuttal.

Respectfully submitted,

*/s/: Beatrice Lindstrom*
Beatrice Lindstrom (BL-8321)
Institute for Justice & Democracy in Haiti
666 Dorchester Avenue
Boston, MA 02127
Tel: (617) 652-0876
beatrice@ijdh.org
*Attorney for Plaintiffs*

cc:     Ellen Blain, Esq.
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY  10007
        Tel: (212) 637-2743
        Fax: (212) 637-2730
        ellen.blain@usdoj.gov

666 Dorchester Avenue | Boston, MA 02127 | (617) 652-0876 | info@ijdh.org | http://ijdh.org

Nicholas Cartier, Esq.
United States Department of Justice
20 Massachusetts Avenue NW
Washington, D.C.  20001
Tel: (202) 616-8351
Fax: (202) 616-8470
nicholas.cartier@usdoj.gov