

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 22, 2014

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

        Re:  *Georges v. United Nations, et al.*,
              13 Civ. 7146 (JPO)

Dear Judge Oetken:

    I write respectfully on behalf of the United States of America (the "United States") in response to this Court's order dated October 17, 2014. *See* Docket No. 46. The Court ordered "Counsel for each of the parties and amici . . . to submit a letter by October 22, 2014 indicating who will argue on its behalf [on October 23, 2014]." *Id.* I write respectfully to inform the Court that I will argue on the United States' behalf on October 23, 2014.

    I thank the Court for its consideration of this matter.

                          Respectfully,

                          PREET BHARARA
                          United States Attorney

         By:     */s/ Ellen Blain*
                ELLEN BLAIN
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel.   (212) 637-2743
                Fax   (212) 637-2730

Hon. J. Paul Oetken
Page 2

cc: <u>By Electronic Mail</u>
Beatrice Lisa Young Lindstrom, Esq.
Institute For Justice & Democracy In Haiti
666 Dorchester Ave.
Boston, MA 02127
(404)-217-1302
Email: beatrice@ijdh.org

Ira Jay Kurzban, Esq.
Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
2650 S.W. 27th Avenue, Second Floor
Miami, FL 33133
(305)-444-0060
Email: ira@kkwtlaw.com