*Spizz & Cooper, LLP*

ATTORNEYS AT LAW

114 Old Country Road - Suite 644
Mineola, N.Y. 11501

(516) 747-8877
TELEFAX (516) 747-8741

HARVEY W. SPIZZ*
MITCHELL J. COOPER

GEORGE C. ZAFERIOU
THERESA M. McSWEENEY**

*ALSO ADMITTED IN FLORIDA
**ALSO ADMITTED IN CONNECTICUT

OF COUNSEL
MITCHELL M. GANS

October 22, 2014

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

Re:   *Georges et al. v. United Nations et al.*, No. 1:13-cv-07146-JPO

Honorable Judge Oetken:

I am counsel for *amici curiae* International Law Scholars and Practitioners in the above-referenced matter. Pursuant to your order dated October 17, 2014, Docket No. 46, I write to respectfully inform the court that Muneer I. Ahmad, Esq., will appear at oral argument on October 23, 2014, to argue on behalf of the aforenamed *amici curiae*.

Respectfully submitted,

/s/ _____
Harvey W. Spizz, Esq.
Spizz & Cooper, LLP
114 Old Country Road, Suite 644
Mineola, NY 11501
Tel. No. 516-747-8877
Fax No. 516-747-8741
hws@spizzcooper.com
*Attorney for* amici curiae *International Law Scholars and Practitioners*

cc:  Ellen Blain, Esq.
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, NY 10007
     Tel: (212) 637-2743
     Fax: (212) 637-2730
     ellen.blain@usdoj.gov

     Nicholas Cartier, Esq.
     United States Department of Justice
     20 Massachusetts Avenue NW
     Washington, D.C. 20001
     Tel: (202) 616-8351
     Fax: (202) 616-8470
     nicholas.cartier@usdoj.gov