

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　　October 22, 2014

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

　　　　Re:　　George, et al. v. United Nations, et al, No. 13-cv-07146-JPO

Dear Judge Oetken:

I am counsel of record for the *amici curae*, Fanm Ayisyen Nan Miyami, Inc. (FANM)/ Haitian Women of Miami, and Haitian Lawyers Association (HLA), in the above-referenced matter.

Pursuant to your Honor's order dated October 17, 2014, Docket No. 46, I write to respectfully inform the Court that Mr. will appear at oral argument on October 23, 2014, to argue on behalf of the above-referenced amici curae, upon grant of his motion for *pro hac vice* by your Honor.

Mr. Kertch J Conze, my co-counsel, has filed with the Court his notice of appearance as counsel for these *amici curae*, and his motion for *pro hac vice* to appear, which is pending before the Court. The undersigned counsel would be unable to attend the hearing due to a pre-scheduled asylum interview for a North Korean defector client involving a complicated case at 7:45 AM on October 23, 2014, the same day of the oral argument in this case. As such, it is respectfully requested that your Honor grant Mr. Conze's motion for *pro hac vice* prior to or at the oral argument and allow him to argue on behalf of the above-referenced *amici curae*.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　 /s/ David K.S. Kim
　　　　　　　　　　　　　　　　　　　　David K.S. Kim
　　　　　　　　　　　　　　　　　　　　Law Office of David K.S. Kim, P.C.
　　　　　　　　　　　　　　　　　　　　193-08 Northern Boulevard
　　　　　　　　　　　　　　　　　　　　Flushing, NY 11358
　　　　　　　　　　　　　　　　　　　　(718) 352-0801
　　　　　　　　　　　　　　　　　　　　kim@dkskimlaw.com

cc: <u>VIA ECF</u>
Ellen Blain, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2743
Fax: (212) 637-2730
ellen.blain@usdoj.gov

Nicholas Cartier, Esq.
United States Department of Justice
20 Massachusetts Avenue NW
Washington, D.C. 20001
Tel: (202) 616-8351
Fax: (202) 616-8470
nicholas.cartier@usdoj.gov