**Environmental Justice Initiative for Haiti**
*Joel R. Kupferman, Executive Director*
**351 Broadway, New York, NY 10013 -3902 USA**
212-334-5551
envjoel@ix.netcom.com
*Member of the*
HAITI ADVOCACY WORKING GROUP
NATIONAL LAWYERS GUILD-Haiti Sub-Committee

October 22, 2014

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

Re:     *Georges et al. v. United Nations et al.*, No. 1:13-cv-07146-JPO

Honorable Judge Oetken:

I am counsel for *amici curiae* European Law Scholars and Practitioners in the above-referenced matter. Pursuant to your order dated October 17, 2014, Docket No. 46, I write to respectfully inform the court that Monica Iyer, Esq. will appear at oral argument on October 23, 2014, to argue on behalf of the aforenamed *amici curiae*.

Monica Iyer has declared that she is a member in good standing of the bar of the state of New York, and that her contact information is as follows:

> Monica Iyer
> Viale Beatrice d'Este, 42
> 20122-Milano, MI
> Italy
> +39 3391850440
> monica.iyer@gmail.com

Ms. Iyer has obtained and filed a certificate of good standing from the State of New York, and has filed a motion for admission *pro hac vice* to the Southern District of New York.

>                           Respectfully submitted,
>
>                           Joel Kupferman, Esq.
>                           Environmental Justice Initiative for Haiti
>                           11 Park Place Suite 701
>                           New York, NY 10007

*Attorney for* amici curiae European Law Scholars and Practitioners

cc: Ellen Blain, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
Tel: (212) 637-2743
Fax: (212) 637-2730
ellen.blain@usdoj.gov

Nicholas Cartier, Esq.
United States Department of Justice
20 Massachusetts Avenue NW
Washington, D.C.  20001
Tel: (202) 616-8351
Fax: (202) 616-8470
nicholas.cartier@usdoj.gov