UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 23 2014

Delama GEORGES, et al.

   Plaintiffs,

v.

United Nations, et al.

   Defendants.

Civil Action No. 1:13-cv-07146-JPO

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Kertch J. Conze for admission to practice Pro Hac Vice in the above captioned action is hereby granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

> Law Offices of Kertch Conze, P.A.
> 3600 Red Road, Suite 402
> Miramar, Florida 33025
> Telephone: 954.342.9044
> Facsimile: 954.342.9208
> E-mail: conze@conzelaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amici curiae* Fanm Ayisyen Nan Miyami, Inc. (FANM) / Haitian Women of Miami and the Haitian Lawyers Association (HLA) in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **OCT 23 2014**

_____
Hon. J. Paul Oetken
United States District Judge

1