

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delama GEORGES, et al.
        Plaintiffs,

v.

United Nations, et al.
        Defendants.

Civil Action No. 1:13-cv-07146-JPO

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Monica Iyer for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows:

> Viale Beatrice d'Este, 42
> 20122-Milano, MI, Italia
> Telephone: +39 3391850440
> E-mail: monica.iyer@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amici curiae* European Law Scholars and Practitioners in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __OCT 2 3 2014__

_____
Hon. J. Paul Oetken
United States District Judge

1