

LAW OFFICE OF DAVID K.S. KIM
193-08 Northern Boulevard, Flushing, New York 11358
Tel: (718) 352-0801 & (718) 352-0802 Fax: (718) 352-0803
Website: www.dkskimlaw.com   Email: kim@dkskimlaw.com



October 22, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 27 2014

**VIA HAND DELIVERY**

**Attn: Quality Assurance Unit, Clerk's Office**
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Room 200
New York, NY 10007

Re:   <u>George, et al. v. United Nations, et al</u>, No. 13-cv-07146-JPO

<u>**REQUEST TO CORRECT ERRORS IN THE CASE CAPTION FOR
PARTY INFORMATION OF THE FOLLOWING AMICI CURIAE:**</u>
1. **FANM AYISYEN NAN MIYAMI, INC. (FANM)/HAITIAN WOMEN OF MIAMI; AND**
2. **HAITIAN LAWYERS ASSOCIATION (HLA)**

Dear Sir/Madam:

I am the attorney of record for the above-referenced *amici curiae*. I recently noticed that my name and contact information appear both as the amicus party and also as the attorney of record for the amicus party. I have not been able to correct these errors via ECF, and was advised by the Clerk's Office to request the correction with your office in writing. As such, it is respectfully requested that my name and contact information be deleted as the amicus party and, instead, the following names and contact information for the *amici curiae* be entered in the case caption :

1.   Fanm Ayisyen Nan Miyami, Inc. (FANM)/Haitian Women of Miami
     181 N.E. 82nd Street
     Miami, FL 33138
     (305) 756-8150
     info@fanm.org

2.   Haitian Lawyers Association (HLA)
     c/o Fritznie Jarbath, Esq., President
     717 Ponce de Leon Blvd., Suite 212
     Coral Gables, FL 33134
     (305) 615-1008
     fjarbath@jp-lawgroup.com



RECEIVED
OCT 22 2014
PRO SE OFFICE

Thank you in advance for your courtesy and prompt attention to this matter. Should you have any questions, please contact me at (718) 352-0801 or via email at kim@dkskimlaw.com.

**SO ORDERED:**

/s/ J. Paul Oetken
J. PAUL OETKEN
U.S.D.J.   10/27/14

Sincerely,

David K. S. Kim