```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DELAMA GEORGES, et al.,

                Plaintiffs,                      13 **CIVIL** 7146 (JPO)

    -against-                             **JUDGMENT**

UNITED NATIONS, et al. ,
                Defendant.
-------------------------------------------------------X

      Whereas before the Court are two issues; first, Plaintiffs having been unable to serve the UN in person, and they request affirmation by the Court that service has been made, or, in the alternative, and an extension of time for service of process by alternative means; second is the question whether, under international treaties to which the United States is a party, Defendants are immune from Plaintiff's suit, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on January 9, 2015, having rendered its Opinion and Order that the United Nations, MINUSTAH, Ban Ki-moon, Edmond Mulet are absolutely immune from suit in this Court, and therefore dismissing Plaintiffs' claims against these defendants under Rule 12(h)(3) for lack of subject matter jurisdiction, denying Plaintiff's motion for affirmation that service has been made, or, in the alternative, for service of process by alternative means, as moot, and directing the Clerk of the Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 9, 2015, the United Nations, MINUSTAH, Ban Ki-moon, and Edmond Mulet are absolutely immune from suit in this Court; Plaintiff's claims against these defendants are therefore dismissed under Rule 12(h)(3) for lack of subject matter jurisdiction; Plaintiff's motion for affirmation that service has been made, or, in the alternative, for service of process by alternative means is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
January 15, 2015

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____