UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delama GEORGES, individually and on behalf of the Estate of Desilus GEORGES and all others similarly situated; Alius JOSEPH, individually and on behalf of the Estate of Marie-Claude LEFEUVE and all others similarly situated; Lisette PAUL, individually and on behalf of the Estate of Fritznel PAUL and all others similarly situated; Felicia PAULE, individually and on behalf of all others similarly situated; Jean-Rony SILFORT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>United Nations; United Nations Stabilization Mission in Haiti; Ban Ki-Moon, Secretary-General of the United Nations; and Edmond Mulet, former Under-Secretary-General for the United Nations Stabilization Mission in Haiti<br><br>*Defendants.* | Civil Case No. 1:13-CV-07146 (JPO)<br><br>**NOTICE OF APPEAL** |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Delama Georges, Alius Joseph, Lisette Paul, Felicia Paule, and Jean-Rony Silfort, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York (Oetken, J., Docket No. 63) entered on January 15, 2015, as well as the Opinion and Order (Docket No. 62), dismissing the above-captioned action for lack of subject matter jurisdiction pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

2

Dated: February 12, 2015                                Respectfully submitted,


| | |
|---|---|
| IRA KURZBAN (admitted *pro hac vice*) | */s/: Beatrice Lindstrom*_____ |
| Kurzban Kurzban Weinger Tetzeli & Pratt P.A. | BEATRICE LINDSTROM (BL-8321) |
| 2650 S.W. 27th Avenue | BRIAN CONCANNON, JR. (admitted *pro hac vice*) |
| Second Floor | Institute for Justice & Democracy in Haiti |
| Miami, Florida 33133 | 666 Dorchester Avenue |
| Tel: (305) 444-0060 | Boston, MA 02127 |
| Fax: (305) 444-3503 | Tel: (617) 652-0876 |

JEFFREY BRAND (admitted *pro hac vice*)
Center for Law and Global Justice
University of San Francisco School of Law
2130 Fulton Street
San Francisco, CA 94117
Tel: (415) 422-6360
Fax: (415) 422-6433

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2015, that a true and correct copy of the foregoing document was served via mail, on the following:

United Nations
1 United Nations Plaza
New York, NY 10017

MINUSTAH headquarters
Log Base
Boulevard Toussaint Louverture and Clercine 18
Port-au-Prince, Haiti

Ban Ki-Moon
3 Sutton Place
New York, NY 10022

Edmond Mulet
429 East 52nd Street
Apartment 36A-E
New York, NY 10022

Copies of the same have also been sent via electronic mail to the following:

Ellen Blain, Esq.
Assistant United States Attorney
ellen.blain@usdoj.gov

Nicholas Cartier, Esq.
United States Department of Justice
nicolas.cartier@usdoj.gov

Dated: February 12, 2015          Respectfully submitted,
New York, New York

                                  */s/: Beatrice Lindstrom*
                                  BEATRICE LINDSTROM (BL-8321)
                                  Institute for Justice & Democracy in Haiti
                                  666 Dorchester Avenue
                                  Boston, MA 02127
                                  Tel: (617) 652-0876